```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
PHILANA PATTERSON,                  :
                                    :
                    Plaintiff,      :        ORDER
                                    :
        - against -                 :        04 Civ. 4603 (DC)
                                    :
BLOOMBERG, L.P.,                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 29, 2004

**CHIN, D.J.**

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action shall be discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
         September 29, 2004

                                    _____
                                    DENNY CHIN
                                    United States District Judge